1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                            SOUTHERN DISTRICT OF CALIFORNIA
10
11
12   UNITED STATES OF AMERICA,        )   CASE NO: 06CR0806-JM
                                      )
13          Plaintiff,                )   ORDER CONTINUING SENTENCING
                                      )
14          vs.                       )
                                      )
15   RONNIE LEE TANNER,               )
                                      )
16          Defendant                 )
17
18      Good cause appearing therefore:
19       IT IS HEREBY ORDERED that the sentencing hearing date in the above-captioned matter be
20   continued from November 21, 2008 until **December 19, 2008 at 9:00AM.**
21   Dated: November 20, 2008
22
23                                                  _____
24                                                  HONORABLE JEFFREY T. MILLER
                                                    JUDGE, U.S. DISTRICT COURT
25
26
27
28

-1-